## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| BRIAN STEVENSON, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Case No. 1:25-cv-00320-MSM-PAS |
| v. | |
| UNITED NATURAL FOODS, INC., | |
| Defendant. | |

## NOTICE OF DISMISSAL

Plaintiff Brian Stevenson hereby voluntarily dismisses the above-captioned action, with all parties bearing their own costs. No answer or motion for summary judgment has been filed.

Dated: September 29, 2025

Respectfully submitted,

/s/

Kensley R. Barrett, Esq.
**MARIN BARRETT & MURPHY**
1000 Chapel View Boulevard, Suite 260
Cranston, RI 02920
Tel: (401) 228-8271
kb@marinbarrettmurphy.com

J. Gerard Stranch, IV (BPR # 023045)
Grayson Wells (BPR # 039658)
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
gstranch@stranchlaw.com
gwells@stranchlaw.com

*Counsel for Plaintiff and the Proposed Class*

1